■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY NEASMAN, Appellant. [642 NYS2d 843] —Judgment unanimously affirmed. Memorandum: We conclude that the

verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495; *People v Johnson*, 205 AD2d 707, *lv denied* 84 NY2d 868) and that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.